IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Located in Baltimore

| | |
|---|---|
| IN RE<br><br>JAMES DOUGLAS BISHOP<br>DENISE ANN WHEELER-BISHOP<br><br>    Debtor | Case No. 18-21689-MMH<br>Chapter 13 |
| BRIDGECREST CREDIT COMPANY, LLC<br>PO Box 29018<br>Phoenix, AZ 85038<br><br>    Movant<br>v.<br><br>JAMES DOUGLAS BISHOP<br>2693 Ideal Ct.<br>Manchester, MD 21102<br><br>    Respondents | Motion No. |

**<u>LINE WITHDRAWING NOTICE OF POSTPETITION MORTGAGE FEES EXPENSES AND CHARGES AND CERTIFICATE OF SERVICE</u>**

Dear Clerk:

    Please withdraw Notice of Postpetition Mortgage Fees and Expenses and Charges and Certificate of Service filed November 25, 2020.

    /s/ Mark D. Meyer, Esq.
    Mark D. Meyer, Esq.
    Rosenberg & Associates, LLC
    4340 East West Highway, Suite 600
    Bethesda, MD 20814
    301-907-8000

MARK MEYER
DC BAR 475552
MD BAR 15070
VA BAR 74290

ROSENBERG &
ASSOCIATES, LLC
4340 East West Highway
SUITE 600
BETHESDA, MD 20814
(301) 907-8000

FILE NUMBER: 79186

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 25, 2020, a copy of the foregoing Line Withdrawing Affidavit of Default and Notice of Termination of Automatic Stay was mailed, first class postage prepaid, or emailed, to the following:

| | |
|---|---|
| James Douglas Bishop<br>2693 Ideal Ct.<br>Manchester, MD 21102 | Robert S. Thomas, II, Trustee<br>300 E. Joppa Road<br>Suite 409<br>Towson, MD 21286 |
| Denise Ann Wheeler-Bishop<br>2693 Ideal Ct.<br>Manchester, MD 21102 | Jeffrey P. Nesson, Esquire<br>Law Office of Jeffrey P. Nesson<br>44 Westminster Pike<br>Reisterstown, MD  21136 |

/s/ Mark D. Meyer, Esq.
Mark D. Meyer, Esq.

MARK MEYER
DC BAR 475552
MD BAR 15070
VA BAR 74290

ROSENBERG &
ASSOCIATES, LLC
4340 East West Highway
SUITE 600
BETHESDA, MD 20814
(301) 907-8000
FILE NUMBER: 79186